FILED
2013 Mar-04 AM 11:31
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| WELLBORN CABINET, INC., ) <br> ) <br> Plaintiff ) <br> ) <br> vs. ) <br> ) <br> THE WALLACE COMPANY, ) <br> ) <br> Defendant ) | Case No. 1:10-cv-00500-KOB |

## **MEMORANDUM OPINION**

On February 12, 2013, the magistrate judge entered his report and recommendation and gave the parties fourteen days to file objections to the his recommendations. (Doc. 16). Neither party has filed any objections.

After careful consideration of the record in this case and the magistrate judge's report and recommendation, the court hereby ADOPTS the report of the magistrate judge. The court further ACCEPTS his recommendation that the court grant the plaintiff's Motion for Default Judgment.

The court will enter a separate order in conformity with this Memorandum Opinion.

DONE and ORDERED this 4th day of March, 2013.

_____
KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE